UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____  )
JEAN-PHILIPPE MAHEU,                 )
                                     )  Civ. A. No. 1:25-cv-836
            Petitioner               )
                                     )
      v.                             )
                                     )
TWITTER, INC. and X CORP.,           )
                                     )
            Respondents              )
_____  )

### PETITION TO CONFIRM ARBITRATION AWARD

Jean-Philippe Maheu hereby petitions this Court, pursuant to 9 U.S.C. § 9 and § 207, for an order confirming an arbitration award he obtained on November 22, 2024, in connection with an arbitration claim he filed against Respondents Twitter, Inc. and X Corp. (collectively, "Twitter"). The award is attached here as Exhibit 1. Petitioner requests that, pursuant to 9 U.S.C. § 9, the Court enter a judgment in accordance with the confirmed award.

### I. THE PARTIES

1. Jean-Philippe Maheu is a resident of New York City, New York.

2. Respondent Twitter, Inc. is a company incorporated in Delaware and with a principal place of business in California. In October 2022, Twitter was acquired by X Corp., a company incorporated in Nevada with its principal place of business in California. X Corp. provides a social media platform to its users, who can share their posts publicly.

## II. **JURISDICTION AND VENUE**

3. Jurisdiction is proper in this Court under 28 U.S.C. § 1332 because this is an action between citizens of different states and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Venue lies in this district under 9 U.S.C. § 9 and § 204 because the arbitration award for which confirmation is sought was issued in this district and was made pursuant to an arbitration agreement that provides that "[a] court of competent jurisdiction shall have the authority to enter a judgment upon the award made pursuant to the arbitration." See Exhibit 2 at 3. Venue is also proper under 28 U.S.C. § 1391 because the matter arises from an arbitration conducted and an award issued in this district.

## III. **BASIS OF AND CLAIM FOR RELIEF**

5. Petitioner Jean-Philippe Maheu is a former employee of Twitter who was terminated in November 2022.

6. Prior to his termination, Mr. Maheu entered into a Dispute Resolution Agreement with Twitter that included an arbitration agreement, which is attached here as Exhibit 2.

7. Pursuant to the Dispute Resolution Agreement, Mr. Maheu filed an arbitration demand against Twitter on April 28, 2023.

8. On August 31, 2023, an arbitrator was appointed. See Exhibit 3.

9. An arbitration hearing was held on September 10–12, 2024.

10. On November 22, 2024, the arbitrator entered a Final Award.

11. Pursuant to 9 U.S.C. § 9, this Petition to confirm is brought within one year after the Final Award was issued.

12. Petitioner has not made a prior application to this Court, or any other court, for the relief requested in this Petition.

### COUNT I

### CONFIRMATION OF ARBITRATION AWARD UNDER
### THE FEDERAL ARBITRATION ACT, 9 U.S.C. § 1 *et seq.*

Petitioner has satisfied the requirements for confirmation and entry of judgment on a final award, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, as well as pursuant to Twitter's arbitration agreement. Twitter's arbitration agreement provides that "[a] court of competent jurisdiction shall have the authority to enter a judgment upon the award made pursuant to the arbitration." Exhibit 2 at 3. By reason of the foregoing, this Court should issue an order confirming the arbitration award attached hereto as Exhibit 1 and direct that judgement be entered thereon.

**WHEREFORE,** Petitioner Jean-Philippe Maheu requests that the Court enter the following relief:

a. An order, pursuant to 9 U.S.C. § 9 and § 207, confirming the arbitration award attached hereto as Exhibit 1; and

b. Enter judgment thereon pursuant to 9 U.S.C. § 13.

Dated: January 28, 2025

3

Respectfully submitted,

JEAN-PHILIPPE MAHEU,

By his attorney,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, NY Bar No. 2971927
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com