# EXHIBIT 3



Northeast Case Management Center
Heather Santo
Assistant Vice President
1301 Atwood Avenue, Suite 211N
Johnston, RI 02919
Telephone: (866)293-4053
Fax: (866)644-0234

August 31, 2023

Shannon Liss-Riordan, Esq.
Lichten & Liss-Riordan, PC
729 Boylston Street, Suite 2000
Boston, MA 02116
Via Email to: sliss@llrlaw.com

Eric Meckley, Esq.
Morgan, Lewis & Bockius, LLP
1 Market Street
Spear Street Tower
San Francisco, CA 94105
Via Email to: eric.meckley@morganlewis.com

Case Number: 01-23-0002-2430

Jean-Philippe Maheu
-vs-
Twitter, Inc. and X Corp.

Dear Parties:

From the arbitrator lists submitted the American Arbitration Association (the AAA) has appointed Arthur D. Felsenfeld. Arbitrator Felsenfeld accepted the appointment and has agreed to serve at the rate of $550.00 per hour, as established on the arbitrator's resume. Enclosed, please find copies of the arbitrator's duly executed Notice of Appointment and Notice of Compensation Arrangements.

Arbitrator Felsenfeld has made a disclosure, as detailed on the enclosed Notice of Appointment and attachment. Please advise the AAA of any objections to the appointment of Arbitrator Felsenfeld by **September 6, 2023,** copying the other side. The arbitrator shall not be copied on any comments related to the disclosure.

You may also share and manage correspondence through AAA WebFile. The Case Administrator will determine who should receive viewing privileges and grant access accordingly.

If any objections to this arbitrator's appointment are raised, the other party may respond. The AAA will make a determination regarding the arbitrator's appointment, in accordance with the Rules.

As requested by the arbitrator, if either party or their counsel knows of any contact or conflict that may be relevant, please communicate this information to the AAA immediately.

Please do not hesitate to contact us with any questions and/or concerns.

Sincerely,

*Nicholas M. Truesdale-Greil*

Nicholas Truesdale-Greil
Case Administrator
Direct Dial: (401)406-4689
Email: NicholasTruesdaleGreil@adr.org

Enclosure

cc:
Thomas Fowler, Esq.
Ashlee Cherry, Esq.
Sari Alamuddin, Esq.
Adele Doyle
Bradley Manewith, Esq.
Brian D. Berry, Esq.
Owen Allen
Cait Meyer
Margaret Born
Kaiser Chowdhry, Esq.
Clifford Haimann, Esq.
Thomas Fowler, Esq.
Kassia Stephenson, Esq.
Eric Meckley, Esq.
Shannon Liss-Riordan, Esq.
Megan Lipsky, Esq.

Arthur D. Felsenfeld