# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

```
_____
                                    )
JEAN-PHILIPPE MAHEU,                )
                                    )
                                    )   Civ. A. No. 1:25-cv-836
                 Petitioner         )
                                    )
        v.                          )
                                    )
TWITTER, INC. and X CORP.,          )
                                    )
                 Respondents        )
_____)
```

## PETITIONER'S MOTION TO FILE DOCUMENTS UNDER SEAL

Petitioner Jean-Philippe Maheu hereby moves, in conjunction with his Petition to Confirm Arbitration Award, to file the Final Award under seal. The Final Award is attached as Exhibit 1 to both his Petition as well as his Motion to Confirm.

Petitioner is seeking to file this Award under seal out of an abundance of caution because he understands that Twitter takes the position that the Award should not be public.

Dated: January 28, 2025

                                      Respectfully submitted,

                                      JEAN-PHILIPPE MAHEU,

                                      By his attorney,

                                      /s/ Shannon Liss-Riordan
                                      Shannon Liss-Riordan, NY Bar No. 2971927
                                      LICHTEN & LISS-RIORDAN, P.C.
                                      729 Boylston Street, Suite 2000
                                      Boston, MA 02116
                                      (617) 994-5800
                                      Email:  sliss@llrlaw.com

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(c)**

Pursuant to Local Rule 7.1(c), I hereby certify that this motion contains 70 words, excluding the caption and signature block, as established by the word count of the computer program used for preparation of the motion.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 28, 2025, she filed and served the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

                                              */s/ Shannon Liss-Riordan*
                                                Shannon Liss-Riordan