UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN-PHILIPPE MAHEU, <br><br> Petitioner <br><br> v. <br><br> TWITTER, INC. and X CORP., <br><br> Respondents | ) <br> ) <br> )   Civ. A. No. 1:25-cv-836 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PETITIONER'S NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD**

PLEASE TAKE NOTICE that, pursuant to 9 U.S.C. § 9, Petitioner Jean-Philippe Maheu will move this Court for an order granting Petitioner's Motion to Confirm Arbitration Award, for the reasons set forth in Petitioner's Memorandum of Law in Support of Motion to Confirm Arbitration Award.

Dated: January 28, 2025

                                             Respectfully submitted,

                                             JEAN-PHILIPPE MAHEU,

                                             By his attorney,

                                              /s/ Shannon Liss-Riordan
                                             Shannon Liss-Riordan, NY Bar No. 2971927
                                             LICHTEN & LISS-RIORDAN, P.C.
                                             729 Boylston Street, Suite 2000
                                             Boston, MA 02116
                                             (617) 994-5800
                                             Email:  sliss@llrlaw.com

2

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 28, 2025, she filed and served the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all counsel of record. Parties may access the filing through the Court's CM/ECF system.

                                             */s/ Shannon Liss-Riordan*_____
                                             Shannon Liss-Riordan