**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

_____
                                                      )
JEAN-PHILIPPE MAHEU,                                  )
                                                      )      Civ. A. No. 1:25-cv-836
                               Petitioner             )
                                                      )
               v.                                     )
                                                      )
TWITTER, INC. and X CORP.,                            )
                                                      )
                               Respondents            )
_____ )

## <u>AFFIDAVIT OF SHANNON LISS-RIORDAN IN SUPPORT OF<br>MOTION TO CONFIRM ARBITRATION AWARD</u>

I, SHANNON LISS-RIORDAN, an attorney duly admitted to practice before

Courts of this state, declare, and affirm the following to be true under penalty of perjury.

1.      I am the attorney for Petitioner and submit this affidavit in support of the

instant Motion to Confirm Arbitration Award pursuant to 9 U.S.C. § 9.

2.      This is a special proceeding commenced pursuant to 9 U.S.C. § 9 to

confirm an arbitration award.

3.      The arbitration award was rendered in New York, New York, on or about

November 22, 2024, by a duly appointed arbitrator through the American Arbitration

Association (AAA). The Final Award is attached to Petitioner's Motion to Confirm

Arbitration Award as Exhibit 1.

4.      Attached as Exhibit 2 to Petitioner's Motion to Confirm Arbitration Award is

a true copy of the Dispute Resolution Agreement entered into by Petitioner Jean-

Philippe Maheu and Respondents Twitter, Inc. and X Corp. (collectively, "Twitter").

5.      Attached as Exhibit 3 to Petitioner's Motion to Confirm Arbitration Award is a true copy of a letter from AAA appointing the arbitrator.

6.      Petitioner's Petition, dated January 28, 2025, is timely because the application was made within one year after the delivery of the Final Award, dated November 22, 2024.

7.      Further, the Award was not vacated or modified upon a ground specified in 9 U.S.C. § 10 or 11.

8.      No previous application has been made to this or any other court for the relief sought herein.

WHEREFORE, it is respectfully requested that this Court confirm the attached arbitration award pursuant to 9 U.S.C. § 9 and issue a judgment pursuant to 9 U.S.C. § 13.


Dated: January 28, 2025

                                    Respectfully submitted,


                                     /s/ Shannon Liss-Riordan
                                    Shannon Liss-Riordan, NY Bar No. 2971927
                                    LICHTEN & LISS-RIORDAN, P.C.
                                    729 Boylston Street, Suite 2000
                                    Boston, MA 02116
                                    (617) 994-5800
                                    Email:  sliss@llrlaw.com

                                    Attorney for Petitioner

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that on January 28, 2025, she filed and

served the foregoing document via the Court's CM/ECF system, which will send notice

of the filing to all counsel of record. Parties may access the filing through the Court's

CM/ECF system.

 */s/ Shannon Liss-Riordan*_____
Shannon Liss-Riordan