```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: XX/XX/20XX
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JEAN-PHILIPPE MAHEU, :
:
                         Petitioner, :       1:25-cv-836-GHW
:
           -against- :       ORDER
:
TWITTER, INC., *et al.*, :
:
                       Respondents. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

       On January 28, 2025, Petitioner Jean-Philippe Maheu filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which he intends to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than February 12, 2025. Respondents' opposition is due by March 5, 2025. Petitioner's reply, if any, is due by March 19, 2025.

       Petitioner is directed to serve the petition and supporting materials upon respondent by February 5, 2025 and to file an affidavit of such service with the Court by February 10, 2025.

       SO ORDERED.

Dated: January 29, 2025
New York, New York

                                                   _____
                                                         GREGORY H. WOODS
                                                       United States District Judge