| | |
|---|---|
| *Attorney or Party without Attorney:*<br>Shannon Liss-Riordan, Esq.<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street Suite 2000<br>Boston, MA 02116<br>Telephone No: 617-994-5800<br>Attorney For: Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:* Maheu v Twitter

*Insert name of Court, and Judicial District and Branch Court:*
USDC-Southern District of New York

Plaintiff: JEAN-PHILIPPE MAHEU
Defendant: TWITTER, INC. and X CORP.

**PROOF OF SERVICE** — Hearing Date: / Time: / Dept/Div: / Case Number: 1:25-cv-00836-GHW

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; PETITION TO CONFIRM ARBITRATION AWARD; CIVIL COVER SHEET; PETITIONER'S MOTION TO FILE DOCUMENTS UNDER SEAL; PETITIONER'S NOTICE OF MOTION TO CONFIRM ARBITRATION AWARD; PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD; AFFIDAVIT OF SHANNON LISS-RIORDAN IN SUPPORT OF MOTION TO CONFIRM ARBITRATION AWARD; ORDER; PETITIONER'S MOTION TO FILE DOCUMENTS UNDER SEAL MEMORANDUM ENDORSED

3. a. Party served: Twitter, Inc.
   b. Person served: Vincenza Cipriano, Authorized to Accept Service for CT Corporation System, Agent for Service of Process, authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: 28 Liberty St, New York, NY 10005

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue, Feb 04 2025 (2) at: 02:52 PM

6. **Person Who Served Papers:**
   a. Dondre Dennis #7120222
   b. FIRST LEGAL
      3600 Lime Street, Suite 626
      RIVERSIDE, CA 92501
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2/6/25
(Date)      (Signature)



PROOF OF SERVICE

12636120
(399438)