UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

_____
                                    )
JEAN-PHILIPPE MAHEU,                )
                                    )   Civ. A. No. 1:25-cv-836
          Petitioner                )
                                    )
     v.                             )
                                    )
TWITTER, INC. and X CORP.,          )
                                    )
          Respondents               )
_____)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/12/25

**MEMORANDUM ENDORSED**

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Jean-Philippe Maheu hereby gives notice that this action is voluntarily dismissed.

Dated: February 12, 2025

Respectfully submitted,

JEAN-PHILIPPE MAHEU,

By his attorney,

 /s/ Shannon Liss-Riordan
Shannon Liss-Riordan, NY Bar No. 2971927
LICHTEN & LISS-RIORDAN, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994-5800
Email:  sliss@llrlaw.com

Plaintiff has voluntarily dismissed this case pursuant to F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: February 12, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge

1