```
                                                              USDC SDNY
                                                              DOCUMENT
UNITED STATES DISTRICT COURT                                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                                 DOC #: _____
------------------------------------------------------------X DATE FILED: 2/22/2025
                                                :
JEAN-PHILIPPE MAHEU,                            :
                                                :
                            Petitioner,         :             1:25-cv-836-GHW
                                                :
              -against-                         :             ORDER
                                                :
TWITTER, INC., et al.,                          :
                                                :
                            Respondents.        :
                                                :
------------------------------------------------------------X
```

GREGORY H. WOODS, District Judge:

Petitioner brought this action to confirm an arbitration award (the "Award") on January 28, 2025. Dkt. No. 1. He filed the Award under seal and moved to seal the Award "out of an abundance of caution" because he "underst[ood]" that the Respondents "t[ook] the position that the Award should not be public." Dkt. No. 3. On January 29, 2025, the Court issued an order denying Petitioner's motion without prejudice because that is not a basis to seal a judicial document. Dkt. No. 7. The Court directed Petitioner to serve the order on Respondents by February 5, 2025[1] and to file the Award on the public docket on February 12, 2025 "unless a motion to seal [was] submitted by any party before that date." *Id.*

On February 12, 2025, Petitioner voluntarily dismissed this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Dkt. No. 15. The Court closed this case later that day. Dkt. No. 16.

On February 21, 2025, reporter Kate Conger and The New York Times Company (together, "The Times") filed a letter requesting that the Court unseal the Award. Dkt. No. 17. The Times argues, among other things, that the deadline has passed for any party in this case to file a motion to

---

[1] The Court also directed Petitioner to file an affidavit of such service by February 10, 2025. Dkt. No. 7. Petitioner filed an affidavit of service of the Court's order on February 10, 2025. Dkt. Nos. 13 & 14.

seal the Award. *Id.* at 4 n.5. However, because this action was dismissed before the deadline to file a motion to seal the Award had passed, *see* Dkt. Nos. 7 & 16, the parties in this case may have believed that they did not need to file a motion to seal the Award.

To that end, the deadline to submit a motion to seal in this case is extended to March 7, 2025. If no motion to seal is filed by that date, the Court will grant The Times's request for an order unsealing the Award. If a motion to seal is filed by that date, The Times may submit a reply. *See* Dkt. No. 17 at 4 n.5. The Times's reply, if any, is due one week after the date of service of any motion to seal.

Petitioner is ordered to serve a copy of this order on Respondents by February 28, 2025 and to retain proof of service.

SO ORDERED.

Dated: February 22, 2025 New York, New York

_____
GREGORY H. WOODS
United States District Judge

2