```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/25
```



707 Wilshire Blvd.
Suite 4100
Los Angeles, CA 90017

TEL 213.955.9240
FAX 213.955.9250

willenken.com

## MEMORANDUM ENDORSED

February 28, 2025

**VIA ECF ONLY**

The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Maheu v. Twitter, Inc., et al.*, Case No. 25-cv-836-GHW

Application granted. Respondents' request for an extension of time to file a motion to seal, Dkt. No. 23, is granted. The deadline for Respondents to submit a motion to seal is extended to March 21, 2025. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23.

SO ORDERED.

Dated: March 1, 2025
New York, New York

GREGORY H. WOODS
United States District Judge

Dear Judge Woods:

Pursuant to Section I.E. of Your Honor's Individual Rules of Practice in Civil Cases, Respondent X Corp. (which is also the successor in interest to Respondent Twitter, Inc.) respectfully submits this letter requesting an extension of time for X Corp. to file a motion to seal in this case from March 7, 2025 to March 21, 2025.

The original deadline for filing a motion to seal in this case was February 12, 2025. Dkt. No. 7. On February 22, 2025, after reporter Kate Conger and The New York Times Company (collectively, "The Times") sought leave to file a motion to unseal the award, this Court extended the deadline to March 7, 2025. Dkt. No. 18. No party has previously requested an extension of this deadline.

X Corp. respectfully requests this extension because this week X Corp. retained my firm to represent it with respect to filing a motion to seal in this case. Our firm was not involved in the arbitration giving rise to this action, and we need more time to familiarize ourselves with the issues present in this case to prepare a motion to seal. The Times consents to this request, and Petitioner does not object to it. The requested extension also would not affect any other scheduled dates in this case.

For all these reasons, X Corp. respectfully requests that the Court extend the deadline for the filing of a motion to seal in this case from March 7, 2025 to March 21, 2025.

Sincerely,

*/s/ Peter Shimamoto*

Peter Shimamoto