# LICHTEN & LISS-RIORDAN, P.C.

ATTORNEYS AT LAW

HAROLD L. LICHTEN×
SHANNON LISS-RIORDAN×∆◊
SARAH SCHALMAN-BERGEN▪
MATTHEW W. THOMSON×
THOMAS P. FOWLER×◊
BRADLEY MANEWITH•
KRYSTEN CONNON^▪
JEREMY ABAY^▪◊
OLENA SAVYTSKA×
_____
MATTHEW CARRIERI×
JACK BARTHOLET×
TREVOR BYRNE×
MORINE MITCHELL×
BENJAMIN J. WEBER× OF COUNSEL

729 BOYLSTON STREET, SUITE 2000
BOSTON, MASSACHUSETTS  02116
_____

TELEPHONE  617-994-5800
FACSIMILE  617-994-5801

WWW.LLRLAW.COM
_____

× ADMITTED IN MASSACHUSETTS
∆ ADMITTED IN CALIFORNIA
◊ ADMITTED IN NEW YORK
▪ ADMITTED IN PENNSYLVANIA
• ADMITTED IN ILLINOIS
^ ADMITTED IN NEW JERSEY
♦ ADMITTED IN CONNECTICUT

March 6, 2025

***VIA ECF FILING***
The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St. New York, NY 10007-1312

    Re: <u>Maheu v. Twitter, Inc., et al</u>, 25-cv-836-GHW

Dear Judge Woods:

    As noted by <u>The New York Times</u> in its letter (Dkt. 17), Petitioner Maheu takes no position regarding the request for unsealing. I write, however, to request that, in the event the Court orders the unsealing of Petitioner's arbitration award, the Court allow the dollar amount of the award to be redacted. Petitioner requests this partial redaction for privacy purposes and submits that the dollar amount of his particular award is not of great public interest or importance, in contrast perhaps to the substance of the decision through which his award was issued.

    Thank you for your consideration.

                              Respectfully submitted,

                              <u>/s/ Shannon Liss-Riordan</u>
                              Shannon Liss-Riordan
                              For Petitioner Jean-Philippe Maheu

cc:    Al-Amyn Sumar, Esq.
        Peter Shimamoto, Esq.