AMERICAN ARBITRATION ASSOCIATION

EMPLOYMENT ARBITRATION TRIBUNAL

```
-----------------------------  )
JEAN-PHILIPPE MAHEU,           )
                               )
                   Claimant,   )   AAA Case No. 01-23-0002-2430
                               )
        -against-              )
                               )
TWITTER, INC. AND X CORP.,     )
                               )
                   Respondents.)
-----------------------------  )
```

### FINAL AWARD

I, THE UNDERSIGNED ARBITRATOR, having been duly appointed and qualified pursuant to a Dispute Resolution Agreement (undated), and having been duly sworn, and Claimant, Jean-Philippe Maheu ("Claimant" or "Maheu") having been represented by Shannon Liss-Riordan, Esq., Brad Manewith, Esq. and Trevor Byrne, Esq. of Lichten & Liss-Riordan, P.C., and Respondents, Twitter, Inc. and X Corp. (collectively "Respondents" or "Twitter"), having been represented by Margaret Schmidt, Esq., Elyde Thompson, Esq. and Annie Goodman, Esq. of Quinn Emanuel Urquhart & Sullivan LLP, and a hearing having been held and the undersigned having duly heard the proofs and allegations of the parties, do hereby AWARD as follows:

### BACKGROUND

[redacted]

1





▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Maheu commenced this arbitration proceeding on April 28, 2023, asserting the following claims: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Respondents filed their Response to Claimant's Arbitration Demand on August 7, 2023, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. A hearing was held on September 10, 11 and 12, 2024, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The conclusions reached herein were impacted substantially by my assessment of the credibility of the witnesses who testified. Following the evidentiary hearing, the parties filed extensive post-hearing briefs and responsive briefs and oral argument was held on November 18, 2024.

## DISCUSSION

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮





[Page content fully redacted]









██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
█ ████████
████████████████████████████████████████████████
██████████████████████████████████████████████████████
███████████████████████████████████ ████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████

**AWARD**

1. ████████████████████████████████████████████
████████████████████████████████████

2. ████████████████████████████████████████████
██████████████████████████████████████████████████████
████████████████████████████

3. ████████████████████████████████████████████

4. ██████████████████    ██████████████████████
██████████████████████████████████████████████████████
████████████████████████████████████████████████.

11/22/24
Date

_____
Arthur D. Felsenfeld

I, Arthur D. Felsenfeld, do hereby affirm upon my oath as Arbitrator that I am the individual described in and who executed this instrument, which is my Award.

11/22/24
Date

_____
Arthur D. Felsenfeld